IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DARRELL COLEMAN, | § | |
| | § | No. 80, 2021 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No:  1305011774A(N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 8, 2021
Decided:   December 14, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

# O R D E R

This 14th day of December, 2021, after careful consideration of the parties'
briefs and the record on appeal, it appears to the Court that the judgment of the
Superior Court should be affirmed on the basis of its February 12, 2021
Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior
Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice